# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2007

133263

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 133263
COA: 262111
Oakland CC: 2004-197641-FC

LESTER DARRYL MILTON,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 9, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

l0521